**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO ANTONIO QUINTERO MERCADO,<br><br>                    Petitioner,<br><br>v.<br><br>KATHLEEN MENDOZA-POWERS,<br><br>                    Respondent. | 1:04-CV-6070 OWW TAG HC<br><br>ORDER RE PLAINTIFF'S SUBMISSION OF PROOF OF EXHAUSTION. |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 14, 2005, Petitioner was ordered to submit proof that he had exhausted his state remedies with respect to his habeas claims.  Doc. 12.  Plaintiff responded to the order on May 16, 2005 by submitting copies a pleadings previously filed with the California Court of Appeals and the California Supreme Court. *See* Doc. 13.  This submission appears to show that Petitioner exhausted available state remedies for some, if not all, of his claims.

Accordingly, this case is referred back to the Magistrate Judge for further screening.

**SO ORDERED.**

                                        **/s/ OLIVER W. WANGER**
                                        _____
                                           Oliver W. Wanger
                                        **UNITED STATES DISTRICT JUDGE**