# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO QUINTERO MERCADO,<br><br>               Petitioner,<br><br>v.<br><br>KATHLEEN MENDOZA-POWERS,<br><br>               Respondent. | 1:04-cv-06070-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS TO DISMISS AMENDED PETITION (Doc. 15)<br><br>ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 7)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner Marco Antonio Quintero Mercado (hereinafter "Petitioner") is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On July 5, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendations recommending that the amended petition (Doc. 7) be DISMISSED for failure to state a cognizable federal claim. (Doc. 15). This Report and Recommendations was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendations is supported by the record and proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations filed July 5, 2005 (Doc. 15), is ADOPTED IN FULL;
2. The amended petition for writ of habeas corpus (Doc. 7), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 26, 2005**            **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE