**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCO ANTONIO QUINTERO MERCADO, ) | | 1:04-cv-06070 OWW TAG HC |
| Petitioner, ) | | ORDER |
| v. ) | | |
| KATHLEEN MENDOZA-POWERS, ) | | |
| Respondent. ) | | |

This case is before the court after judgment was entered September 27, 2005. Petitioner moves for reconsideration asserting that he did not receive the Findings and Recommendations of the Magistrate Judge. He does not deny that he received the Order Adopting the Report and dismissing the petition for writ of habeas corpus of September 26, 2005. Nor does he deny receiving the judgment entered September 27, 2005.

Petitioner represented to the Court that he was "currently awaiting a copy of the incoming legal mail log." More than a month has passed and the log has not been submitted to the Court by Petitioner.

After having had more than a month, Petitioner has not submitted the mail log to support his alleged contention he did

1

not receive the Magistrate Judge's Finding and Recommendations. None of the pleadings in this case have been returned and Petitioner has been served at the same address at the State Penal Institution in Avenal, California.

This case has been pending since July 28, 2004. On October 12, 2004, Petitioner was ordered to file an amended petition for failure to state cognizable claims and failure to exhaust.

On December 14, 2004, an order to show cause why the petition should not be dismissed for failure to exhaust was issued. Thereafter, Petitioner submitted additional evidence which the court deemed insufficient and on January 25, 2005, the Magistrate Judge issued Findings and Recommendations ordering that the petition be dismissed on exhaustion grounds. The District Judge ordered Petitioner to submit further proof of exhaustion and on April 24, 2004. On April 25, 2004, the District Court adopted the Findings and Recommendations re: dismissal but not exhaustion and ordered the Petitioner to submit further proof of exhaustion. Thereafter, Petitioner submitted additional information regarding exhaustion of his claims and the District Court found it appeared the Petitioner may have exhausted his claims and referred the case back to the Magistrate Judge for further proceedings.

Thereafter, the Magistrate Judge fully analyzed on the merits Petitioner's claims that his plea agreement and plea in open court to a crime which included an eight year lid sentence was erroneous and that Plaintiff should have received the mid-term sentence of four years. In a second ground Petitioner alleged that the eight year sentence was excessive because he

never agreed to the actual basis for drug enhancement, and further contends "he was eligible for Proposition 36 year the court elected not to entertain that option."

As the Magistrate Judge correctly found none of these issues implicate federal constitutional issues and even if, *arguendo*, Petitioner states such a violation, a state court's exercise of discretion to sentence at the upper end of the eight year lid term and to deny drug rehabilitation instead of state prison, do not implicate Federal Constitutional rights.

There is no need for further reconsideration of this case. On the merits, Petitioner's claims are not federally cognizable; meritless; and because no new facts or any change in the law has been provided by Petitioner, there is no basis to reconsider.

The motion for reconsideration is DENIED.

SO ORDERED.

DATED:  December 15, 2005.

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

### DENIAL OF CERTIFICATE OF APPEALABILITY

No issue debatable among jurists of reason is presented by Petitioner's petition for writ of habeas corpus.  No certificate
///
///
of appealability shall issue.

3

SO ORDERED.

DATED:  December 15, 2005.

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

mercado v. powers order